UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIMBABWE A. ABDUL-MALIK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M. EVANS, Warden,<br><br>　　　　　Respondent. | CASE NO. CV 06-7956 RGK (FFM)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 14, 2011

　　　　　　　　　　　　　　　　　_/s/ Gary Klausner_
　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　United States District Judge